432

PER CURIAM.

(No. 75-CC-520—

HELEN J. SCRUTCHIONS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed March 24, 1975.*

HELEN J. SCRUTCHIONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-534—

JOHN DOLIO & ASSOCIATES, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed March 24, 1975.*

JOHN DOLIO & ASSOCIATES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.